# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

PEARL CARTER,

    Plaintiffs,

v.

CITY OF ALTON, MICHAEL MORELLI, and JEFFREY HENDERSON,

    Defendants.

Case No. 3:17-cv-00897-JPG-SCW

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**.

DATED:  May 14, 2018

                                        **JUSTINE FLANAGAN,**
                                        **Acting Clerk of Court**

                                        BY:   s/Tina Gray
                                                **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**

1