UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

AARON CROWDER and PEARL CARTER,

    Plaintiffs,

    v.

CITY OF ALTON, MICHAEL MORELLI, and JEFFREY HENDERSON,

    Defendants.

Case No. 3:17-cv-00896-JPG-GCS

*CONSOLIDATED WITH*

3:17-cv-00897-JPG-GCS

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

The remaining parties—plaintiff Pearl Carter and all defendants—have filed a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 83.) That rule allows the parties to dismiss a case on their own if they file a joint stipulation signed by all parties. Having met the requirements of the rule, the Court **FINDS** that this case is **DISMISSED WITHOUT PREJUDICE**. The Court **DIRECTS** the Clerk of Court to close both this case and its consolidated counterpart.

**IT IS SO ORDERED.**

**DATED: JULY 15, 2019**

                                              <u>*s/ J. Phil Gilbert*</u>
                                              **J. PHIL GILBERT**
                                              **U.S. DISTRICT JUDGE**